UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JITENDER KESWANI,

                    Plaintiff,

-v.-

SOVEREIGN JEWELRY, INC.;
SATISH DARYANANI,

                    Defendants.

20 Civ. 8934 (KPF)

ORDER OF SERVICE

KATHERINE POLK FAILLA, District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Sovereign Jewelry, Inc., and Satish Daryanani. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   October 27, 2020
           New York, New York

                                                  KATHERINE POLK FAILLA
                                               United States District Judge