UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JITENDER KESWANI,<br><br>                          Plaintiff,<br><br>              -v.-<br><br>SOVEREIGN JEWELRY, INC.;<br>SATISH DARYANANI,<br><br>                          Defendants. | 20 Civ. 8934 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On December 15, 2020, the Court set the following schedule for Defendants' motion to dismiss the Complaint: Defendants were to file their motion to dismiss on or before February 16, 2021, Plaintiff was to file his opposition papers on or before April 5, 2021, and Defendants were to file their reply papers, if any, on or before April 26, 2021.  As of the date of this Order, the Court has not received any correspondence from Plaintiff concerning Defendants' pending motion to dismiss.  Accordingly, the Court will consider Defendants' motion unopposed if Plaintiff does not respond on or before May 7, 2021.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:   April 13, 2021
             New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge