UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JITENDER KESWANI,

                Plaintiff,

        -v.-

SOVEREIGN JEWELRY, INC.;
SATISH DARYANANI,

                Defendants.

20 Civ. 8934 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On December 15, 2020, the Court set the following schedule for Defendants' motion to dismiss the Complaint: Defendants were to file their motion to dismiss on or before February 16, 2021, Plaintiff was to file his opposition papers on or before April 5, 2021, and Defendants were to file their reply papers on or before April 26, 2021.  (*See* Minute Entry for December 15, 2020).  On April 13, 2021, the Court *sua sponte* extended Plaintiff's deadline to submit an opposition to May 7, 2021, and noted that it would consider Defendants' motion to be unopposed in the event that Plaintiff failed to submit an opposition by that date.  (Dkt. #23).  On May 10, 2021, the Court granted Plaintiff's request for a 30-day extension.  (Dkt. #25).  As of the date of this Order, the Court has not received any further correspondence from Plaintiff concerning Defendants' pending motion to dismiss.  Accordingly, the Court will consider Defendants' motion unopposed if Plaintiff does not file an opposition on or by June 28, 2021.  Defendants' reply, if any, shall be due on or by July 12, 2021.  The Court will not grant any further extensions.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:  June 11, 2021
        New York, New York

*[signature]*

KATHERINE POLK FAILLA
United States District Judge