UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JITENDER KESWANI,<br><br>                              Plaintiff,<br><br>              -v.-<br><br>SOVEREIGN JEWELRY INC. and<br>SATISH DARYANANI,<br><br>                              Defendants. | 20 Civ. 8934 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

By Opinion and Order dated September 29, 2021, the Court granted Defendants' motion to dismiss, without prejudice to Plaintiff's filing an amended complaint. (Dkt. #27 at 35). In that Opinion, the Court explained that although several considerations weighed against granting Plaintiff leave to amend, including Plaintiff's failure to oppose Defendants' motion to dismiss, the Court nevertheless provided Plaintiff forty-five days to file an amended complaint. (*Id.* at 34-35). The Court further stated that "[f]ailure to abide by this deadline will result in the case being dismissed with prejudice." (*Id.* at 35).

The deadline for Plaintiff to file an amended complaint was November 15, 2021. This date has passed, without any indication from Plaintiff that he intends to file an amended complaint or otherwise prosecute this case. Consistent with the Court's earlier pronouncement on the repercussions of failure to meet this deadline, the Court hereby dismisses this action with prejudice to its renewal.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case. The Clerk of Court is further directed to mail a copy of this Order to Plaintiff at his address of record.

SO ORDERED.

Dated: November 22, 2021
New York, New York

KATHERINE POLK FAILLA
United States District Judge